**FILED**
Nov 3, 2022
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 21-2932

ARTUR ZAWADA,

    Plaintiff-Appellant,

v.

POLICE OFFICER PATRICK HOGAN, et al.,

    Defendants-Appellees.

Before: BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

### JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Flint.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is **AFFIRMED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk